Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

ALEXANDER TODD MORGAN & TANYNIA LYNN MORGAN

CASE NO. 09-70433-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 0475 | SS#2: xxx-xx- 4278 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:    Mr. Morgan should appear by phone for this meeting

   A. Orig. Date:    9/24/2009    Orig. Time:    3:00 PM        Reset Date:        Reset Time:

   B. Meeting Results:    Adjourned

   C. Debtor(s):    Debtor 1 Appeared        Debtor 2 Appeared

   D. Attorney for Debtor(s):    Appeared

   E. Creditor Appearance:    None

   F. Amount Paid to the Trustee as of    9/25/2009    $0.00    First Payment Due Date:    9/26/2009

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:    B22C Form is:    Complete

      Budgeted Income:    $6,503.11    Expense:    $5,111.11    Surplus:    $1,392.00

      Plan Payment:    $1,392.00                Plan Term(Months):    60

   I. Value of Non-Exempt Property:    $0.00    Proposed Amount to Unsecured Creditors:    $0.00

      ____ Objection to Exemption of:

      ____ Repeat Filing (If case dismissed, it should be with prejudice)   Previous Case Numbers:

      ____ Object to Invoke Stay Pleading

      ____ Case Converted from Chapter 7, Bar Date Set:    12/23/2009    Date Converted from Chapter 7:

   J. Required Information:    Good

   K. Business Information:

   L. Object to Confirmation:    No

   M. Financial Management Class:    Debtor 1 Did Not Appear    Debtor 2 Appeared

   N. Eligibility:

      Certificate of Credit Counseling Filed:    Both Debtor 1 and Debtor 2

      Credit Counseling Provider Approved:        Yes

      Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):    No

   O. Domestic Support Obligation:    $0.00    Current:        Arrears:    $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:    Yes

   P. Remarks:    Questions
          -$400 college student expenses
             -Where does student live? At debtor's home
             -Where does student attend school?Midwestern State Universtiy
             -Does student work? yes
             -What is degree plan? 4 year and has 4 to go
          -$575 Transportation expenses
             -Why is this so high?
        He is traveling between pensylvania and back on his own expense.
        Objections
          -Sch J expenses $400 college student.
          -Failure to include all disposable income
        Per MM these are OK, no objection will be filed.

Dated:    9/24/2009                    /s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

Standing Bankruptcy Trustee
By:      Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 09-70433 | | | |
| **Debtor:** | | Morgan | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Brent Hagan | | | |
| **Calculation Date:** | | | | | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Bank of America | $25,590.00 | 8.90% | 45 | $670.92 | $30,191.34 |
| Citicards | $526.00 | 10.00% | 45 | $14.07 | $632.94 |
| Compass | $7,000.00 | 8.00% | 45 | $180.57 | $8,125.56 |
| GMAC | $10,576.00 | 2.90% | 45 | $248.32 | $11,174.25 |
| HSBC/Furniture Row | $1,104.00 | 10.00% | 45 | $29.52 | $1,328.45 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor    Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Attorney Fees**    Paid Through the Plan | $2,719.00 | $2,719.00 |
| **Noticing Fees** | $94.00 | $94.00 |
| **Clerk Filing Fees** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | $0.00 | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,719.00 | | |
| Less Noticing Fees | $94.00 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | $0.00 | <-------------- | |

| | |
|---|---|
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | $102,340.95 |
| | |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | $60,284.59 |
| **Debtor Plan Base (Monthly Payment X Term)** | $83,520.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | **$23,235.41** |

**Comments:**
  $63,454.80 hardacre if a objection is filed.

| | | |
|---|---|---|
| **Case Number:** | | 0 |
| **Debtor:** | | 0 |
| **Attorney:** | | 0 |
| **Presiding Officer:** | | 0 |
| **Calculation Date:** | | **9/23/2009 13:15** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $8,588.03 |
| **Less Line 57 B22C** | | $7,530.45 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | ($1,057.58) |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**

Version 1.02 Last Revised: 11/26/2007